■ MAX CHATELAIN, JR., Respondent, v DIAMOND JIM's STEAK-HOUSE, LLC, Doing Business as ANGELO & MAXIE's STEAK-HOUSE, Appellant. [744 NYS2d 862] —In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Queens County (Berke, J.), dated October 3, 2001, which denied its motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, without costs or disbursements.

There are issues of fact requiring the denial of summary judgment. Prudenti, P.J., Ritter, McGinity and H. Miller, JJ., concur.